**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Goliath Ventures Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Goliath Ventures Inc., a FL corporation** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3619628** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Michael S. Budwick, Receiver** <br> **200 S. Biscayne Blvd., Ste 3200** <br> **Miami, FL 33131** <br> Number, Street, City, State & ZIP Code | <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Goliath Ventures Inc.**                                                Case number (*if known*)  _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**7139**_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **Goliath Ventures Inc.**                                          Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

Debtor   **Goliath Ventures Inc.**          Relationship   **Affiliate**

District   **Southern District of Florida**   When   **3/16/26**   Case number, if known   **26-13174**

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☑ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Goliath Ventures Inc.**
Name

Case number (*if known*)

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2026**
                MM / DD / YYYY

*X* **/s/ Michael S. Budwick**
Signature of authorized representative of debtor

**Michael S. Budwick**
Printed name

Title    **Receiver of Goliath Ventures Inc.**

**18. Signature of attorney**

*X* **/s/ Solomon B. Genet**
Signature of attorney for debtor

Date  **March 16, 2026**
      MM / DD / YYYY

**Solomon B. Genet 617911**
Printed name

**Meland Budwick, P.A.**
Firm name

**200 South Biscayne Boulevard**
**Suite 3200**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **(305) 358-6363**        Email address    **sgenet@melandbudwick.com**

**617911 FL**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

## CORPORATE RESOLUTION

## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Michael S. Budwick, as Receiver of Goliath Ventures Inc., a Wyoming corporation, do hereby certify that this Resolution of Goliath Ventures Inc. ("the *Company*"), a corporation duly organized and existing under the laws of Wyoming, authorizing the Company to file a voluntary bankruptcy petition was adopted on March 16, 2026.

WHEREAS, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*").

BE IT HEREBY RESOLVED that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

FURTHER RESOLVED that Michael S. Budwick, as Receiver, is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

FURTHER RESOLVED that Michael S. Budwick, as Receiver, is authorized to employ Meland Budwick, P.A. to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

FURTHER RESOLVED that Michael S. Budwick, as Receiver, is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

FURTHER RESOLVED that Michael S. Budwick, as Receiver, is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

FURTHER RESOLVED that all acts lawfully done by Michael S. Budwick, as Receiver, to effectuate the intent of these resolutions are hereby ratified and approved.

Date: March 16, 2026

_____
Michael S. Budwick,
as Receiver of Goliath Ventures Inc.,
a Wyoming corporation

## Global Notes

### Receiver Authority to File Petition

The Debtor's voluntary petition under chapter 11 of title 11 of the United States Code is being filed by the court-appointed Receiver currently in possession and control of the Debtor pursuant to the Amended Order on Plaintiff's Emergency Verified *Ex Parte* Motion to Appoint a Receiver entered on March 3, 2026 and the Agreed Order Granting Receiver's Agreed Motion to Confirm Receivership Estate Includes Goliath Ventures Inc., a Florida Corporation (f/k/a Gen-Z Venture Firm Inc.) entered on March 5, 2026 by the Honorable Michael A. Robinson, Circuit Court Judge, in *Mehal Patel v. Goliath Ventures Inc.*, Case No. CACE-26-003310, pending in the Seventeenth Judicial Circuit in and for Broward County, Florida (the "***Receivership Orders***"). The Receivership Orders authorize the Receiver to take control of the Debtor's property, manage its affairs, and take such actions as are necessary to preserve and protect the Debtor's assets, including the commencement of bankruptcy proceedings where appropriate. The Receiver is therefore authorized to file this voluntary chapter 11 petition on behalf of the Debtor.

### Availability of Books and Records.

As of the Petition Date, the Receiver has not yet obtained full possession of, or access to, the Debtor's complete books, records, financial statements, and other information necessary to prepare fully accurate Schedules of Assets and Liabilities and the Statement of Financial Affairs. Accordingly, any schedules or statements filed contemporaneously with the petition are based upon the limited information presently available to the Receiver and may be incomplete or subject to revision. The Receiver is continuing efforts to obtain the Debtor's books, records, and financial information from prior management and other relevant third parties and is conducting an investigation into the Debtor's financial affairs. Upon receipt and review of such materials, the Receiver will prepare and file complete Schedules and a Statement of Financial Affairs and will amend any previously filed documents as necessary to provide complete and accurate disclosures.

### Reservation of Rights.

The Receiver expressly reserves the right to amend, supplement, or modify the Debtor's Schedules, Statement of Financial Affairs, and any other filings in this case as additional information becomes available. Any listing of assets, liabilities, claims, transfers, or other information shall not constitute a waiver of the Receiver's right to challenge the validity, priority, or amount of any claim or interest, nor shall it constitute an admission regarding the ownership, characterization, or value of any asset or liability. Receiver further reserves all rights to investigate and pursue any causes of action, claims, or avoidance actions that may be identified following a full review of the Debtor's books, records, and financial affairs.

**Fill in this information to identify the case:**

Debtor name  **Goliath Ventures Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2026**          X **/s/ Michael S. Budwick**
                                            Signature of individual signing on behalf of debtor

                                            **Michael S. Budwick**
                                            Printed name

                                            **Receiver of Goliath Ventures Inc.**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Goliath Ventures Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Andrew Acton 5113 Crimson King Way Beamsville, Ontario Canada L3J 0J3** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$100,000.00** |
| **Arvind James Rabit 142 Strathnairn Ave Toronto, ON Canada M6M 2G1** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$70,000.00** |
| **Bhavesh Patel 19143 Cherry Rose Cir Lutz, FL 33558** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$295,000.00** |
| **Brevard Nursing Academy LLC c/o Jordan Shaw, Esq. Shaw Lewenz 110 SE 6 St, Ste 2900 Fort Lauderdale, FL 33301** | | **Potential victim of fraud by Christopher A. Delgado (pending litigation)** | **Unliquidated** | | | **$241,500.00** |
| **Chetan Patel 2872 Holly Davis Ct, NE Marietta, GA 30062** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$400,000.00** |
| **Elisabeth Arnold 362 Rainforest Court Oldsmar, FL 34677** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$0.00** |
| **Gregory G. Wilson c/o Jordan Shaw, Esq. Shaw Lewenz 110 SE 6 St, Ste 2900 Fort Lauderdale, FL 33301** | | **Potential victim of fraud by Christopher A. Delgado (pending litigation)** | **Unliquidated** | | | **$8,743,763.65** |

Debtor **Goliath Ventures Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IntegrityC4 LLC Attn: Keith Givens PO Box 162800 Altamonte Springs, FL 32706** | | **Surveillance services** | **Unliquidated** | | | **$40,600.00** |
| **Jay Kansal 4450 Leesburg Rd Marietta, GA 30066** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$340,000.00** |
| **John D Euliano, as Trustee\* \*of John D Euliano Rev Trust c/o Jordan Shaw, Esq. 110 SE 6 St, Ste 2900 Fort Lauderdale, FL 33301** | | **Potential victim of fraud by Christopher A. Delgado (pending litigation)** | **Unliquidated** | | | **$1,284,074.00** |
| **Lisa Marie Cairns 49 Seymour Avenue St. Catharines Ontario Canada  L2P 1A6** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$100,000.00** |
| **Mehal Patel c/o Jordan Shaw, Esq. Shaw Lewenz 110 SE 6 St, Ste 2900 Fort Lauderdale, FL 33301** | | **Potential victim of fraud by Christopher A. Delgado (pending litigation)** | **Unliquidated** | | | **$193,000.00** |
| **Mita Kadakia 17927 Woodland View Dr Lutz, FL 33548** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$485,000.00** |
| **Navnit Patel RPh, CHO 12813 Night Owl Ct Bristow, VA 20136-5101** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$401,176.61** |
| **Prestige Florida Property\* \*Investment LLC Vincent A. Citro, Esq. Losey PLLC 1420 Edgewater Dr. Orlando, FL 32804** | | **Potential victim of fraud by Christopher A. Delgado (pending litigation)** | **Unliquidated** | | | **$700,000.00** |

Debtor  **Goliath Ventures Inc.**                                   Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Samuel Maurice DeBartolo and Rebecca Jo DeBartolo 407 Wexford Dr. Huron, OH 44839** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$200,000.00** |
| **T & C Investing Corp. c/o Scott L. Silver, Esquire Silver Law Group 1780 W Sample Rd Pompano Beach, FL 33065** | | **Potential victim of fraud by Christopher A. Delgado (pending litigation)** | **Unliquidated** | | | **$1,160,000.00** |
| **Tiffany Acton 5113 Crimson King Way Beamsville, Ontario Canada L3J 0J3** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$50,000.00** |
| **Vuhoang Le 4455 Freeman Road Marietta, GA 30062** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$330,000.00** |
| **William John Lipsett 5142 Crimson King Way Beamsville, Ontario Canada L3J 0J2** | | **Potential victim of fraud by Christopher A. Delgado** | **Unliquidated** | | | **$160,598.86** |

Andrew Acton
5113 Crimson King Way
Beamsville, Ontario
Canada L3J 0J3


Arvind James Rabit
142 Strathnairn Ave
Toronto, ON
Canada M6M 2G1


Bhavesh Patel
19143 Cherry Rose Cir
Lutz, FL 33558


Brevard Nursing Academy LLC
c/o Jordan Shaw, Esq.
Shaw Lewenz
110 SE 6 St, Ste 2900
Fort Lauderdale, FL 33301


Chetan Patel
2872 Holly Davis Ct, NE
Marietta, GA 30062


Elisabeth Arnold
362 Rainforest Court
Oldsmar, FL 34677


Gregory G. Wilson
c/o Jordan Shaw, Esq.
Shaw Lewenz
110 SE 6 St, Ste 2900
Fort Lauderdale, FL 33301


IntegrityC4 LLC
Attn: Keith Givens
PO Box 162800
Altamonte Springs, FL 32706


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jay Kansal
4450 Leesburg Rd
Marietta, GA 30066


Jeremiah Dice
Martin Roofing Services, Inc
2720 Forsyth Rd
Suite 200A
Winter Park, FL 32792


John D Euliano, as Trustee*
*of John D Euliano Rev Trust
c/o Jordan Shaw, Esq.
110 SE 6 St, Ste 2900
Fort Lauderdale, FL 33301


Lisa Marie Cairns
49 Seymour Avenue
St. Catharines Ontario
Canada   L2P 1A6


Mehal Patel
c/o Jordan Shaw, Esq.
Shaw Lewenz
110 SE 6 St, Ste 2900
Fort Lauderdale, FL 33301


Mita Kadakia
17927 Woodland View Dr
Lutz, FL 33548


Navnit Patel RPh, CHO
12813 Night Owl Ct
Bristow, VA 20136-5101


Nihar Patel
3415 Catalan Aly
Decatur, GA 30032


Paresh Patel
1619 Bunting Forrest Court
Marietta, GA 30064

Prestige Florida Property*
*Investment LLC
Vincent A. Citro, Esq. Losey PLLC
1420 Edgewater Dr.
Orlando, FL 32804


Samuel Maurice DeBartolo
and Rebecca Jo DeBartolo
407 Wexford Dr.
Huron, OH 44839


Sandhya Balubhai Patel
aka Lina Patel
4056 Mt Carmel Tobasco Road
Cincinnati, OH 45255


Sonal Patel
19143 Cherry Rose Cir
Lutz, FL 33558


T & C Investing Corp.
c/o Scott L. Silver, Esquire
Silver Law Group
1780 W Sample Rd
Pompano Beach, FL 33065


Tiffany Acton
5113 Crimson King Way
Beamsville, Ontario
Canada L3J 0J3


TwentyWon Ventures LLC
c/o Jordan Shaw, Esq.
Shaw Lewenz
110 SE 6 St, Ste 2900
Fort Lauderdale, FL 33301


Vuhoang Le
4455 Freeman Road
Marietta, GA 30062


William John Lipsett
5142 Crimson King Way
Beamsville, Ontario
Canada L3J 0J2

David Stein, Esquire
Gibbs Mura LLP
1111 Broadway, Ste 2100
Oakland, CA 94607


Emily Beale, Esquire
136 Madison Ave
Ste 541
New York, NY 10016


Christopher A. Delgado
5271 Isle Worth Ctry Club Dr
Windermere, FL 34786