

**ORDERED in the Southern District of Florida on April 24, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| GOLIATH VENTURES INC. (FL), | Case No. 26-13174-RAM |
| GOLIATH VENTURES INC. (WY), | Case No. 26-13176-RAM |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

## ORDER GRANTING DEBTORS' MOTION TO RESET CLAIMS BAR DATE

THIS MATTER came before the Court on April 22, 2026, at 2:30 p.m. upon the *Debtors'*

*Motion to Extend and Reset the Claims Bar Date* [Dkt. No. 67] ("***Motion***") and, the Court,

having reviewed the Motion, hearing arguments of counsel, and finding good cause therefor,

**ORDERS** as follows:

1

1.      The Motion is **GRANTED**.

2.      The Claims Bar Date[1] shall be reset to September 30, 2026.

3.      The Clerk of Court is directed to docket a copy of this Order in the member case,

Case No. 26-13176-RAM.


###

**Submitted By:**
Solomon B. Genet, Esquire
Florida Bar No. 617911
sgenet@melandbudwick.com
MELAND BUDWICK, P.A.
*Counsel for Debtors*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

**Copies Furnished To:**
Solomon B. Genet, Esquire, is directed to serve copies of this Order on all parties in interest and
to file a Certificate of Service.

---

[1] As defined in the Motion.